IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BARBARA SUE WILLIAMS          §
                              §
V.                            §
                              §   CIVIL ACTION 4:17-CV-46-Y
NANCY A. BERRYHILL, COMMISSIONER §
OF SOCIAL SECURITY            §

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS, CONCLUSIONS, AND RECOMMENDATION

     The Court has made an independent review of the following matters

in the above-styled and -numbered cause:

     1.   The pleadings and record;

     2.   The findings, conclusions, and recommendation of
     the United States magistrate judge filed on June 29,
     2017 (doc. 17); and

     3.   Plaintiff's objections to the findings, conclusions,
     and recommendation of the United States magistrate judge
     filed on July 13.

     Plaintiff makes the same arguments in her objections that were

addressed in detail in the magistrate judge's report.  Essentially,

Plaintiff argues that the Administrative Law Judge's finding that her

mental impairment is not severe is not supported by substantial

evidence.    But Plaintiff fails to even address the substantial

evidence noted by the magistrate judge.  (FCR (doc. 17) 5-6.)  On the

false premise that there is no substantial evidence, Plaintiff

conclusorily asserts error.

     After *de novo* review, the Court concludes that the

Commissioner's decision should be affirmed for the reasons stated in

the magistrate judge's report of his findings, conclusions, and recommendation.

It is ORDERED that the report of the magistrate judge should be and hereby is ADOPTED as the decision of this Court. As a result, the decision of the Commissioner is AFFIRMED.

SIGNED October 26, 2017.

_Terry R. Means_
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE